**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM BARKER,<br><br>              Plaintiff,<br><br>     v.<br><br>GOAT, et al.,<br><br>              Defendants. | No. 2:22-CV-0649-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 9, for an extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a COVID-19 quarantine at his prison, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: June 29, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1