**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

WILLIAM BARKER,

Plaintiff,

v.

GOAT, et al.,

Defendants.

No. 2:22-cv-0649-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2023, the Court ordered the United States Marshal to serve the complaint on Defendants Goat, Nickles, and Bendu, all of whom are alleged by Plaintiff to be prison officials at the California Health Care Facility in March 2020. ECF No. 12. Process directed to all three defendants was returned unexecuted because the California Department of Corrections and Rehabilitation was unable to identify those individuals. ECF Nos. 17 and 18. Plaintiff must provide additional information to serve this Defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to Plaintiff. If access to the required information is denied or unreasonably delayed, Plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, Plaintiff shall notify the Court whereupon Plaintiff will be forwarded the forms necessary for service by the U.S. Marshal. Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants. See Fed. R. Civ. P. 4(m). Plaintiff is also cautioned that failure to comply with this order may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders. See E.D. Cal. L.R. 110.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the Court once such information is ascertained.

2. Plaintiff shall file a report within 30 days of the date of this order advising the Court on the status of efforts to ascertain additional information on the identities of unserved defendants.

Dated: October 13, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE